**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

                                                                                                                    Chapter 13
                                                                      Case No.: 13-28489-AJC

**ENRIQUE B. HERRERA**,

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Ghidotti Berger, LLP hereby enter their appearance as counsel for Secured Creditor, **U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF BUNGALOW SERIES III TRUST** ("Secured Creditor"), in these proceedings.

    All parties shall take note that all future pleadings, notices, correspondence and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated this 10th day of August, 2018.**

                                                      Respectfully submitted,

                                                      **GHIDOTTI | BERGER, LLP**
                                                      *Attorneys for Secured Creditor*
                                                      3050 Biscayne Blvd. - Suite 402
                                                      Miami, Florida 33137
                                                      Telephone: (305) 501.2808
                                                      Facsimile: (954) 780.5578

                                                      By:    /s/ Chase A. Berger
                                                                 Chase A. Berger, Esq.
                                                                 Florida Bar No. 083794
                                                                 cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:     /s/ Chase A. Berger
               Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Enrique B. Herrera**
3041 S.W. 154th Place
Miami, FL 33185

*Joint Debtor*
**Saray Herrera**
3041 S.W. 154th Place
Miami, FL 33185

*Debtors' Counsel*
**Teresa M Alvarez, Esq**
2525 Ponce de Leon Boulevard - Suite 300
Miami, FL 33134

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

By:     /s/ Chase A. Berger
               Chase A. Berger, Esq.